NUMBER 13-08-00703-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

REYES CONSTRUCTION, INC., APPELLANT,


v.



PANKAJ (P.K.) PATEL & RRAVIN BHAKTA, APPELLEES. 

_____________________________________________________________


On Appeal from the 197th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam


 Appellant, Reyes Construction, Inc., perfected an appeal from a judgment rendered
against it in favor of appellee, Pankaj (P.K.) Patel & Rravin Bhakta. On January 6, 2009,
the Clerk of this Court notified appellant that the clerk's record in the above cause was
originally due on January 5, 2009, and that the deputy district clerk, Christina Tusa, had
notified this Court that appellant failed to make arrangements for payment of the clerk's
record. The Clerk of this Court notified appellant of this defect so that steps could be taken
to correct the defect, if it could be done. See Tex. R. App. P. 37.3, 42.3(b),(c). Appellant
was advised that, if the defect was not corrected within ten days from the date of receipt
of this notice, the appeal would be dismissed for want of prosecution. 

 Appellant has failed to respond to this Court's notice. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 42.3(b),(c). 

 

 PER CURIAM

Memorandum Opinion delivered 

and filed this the 26th day of February, 2009.